IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ALLSERVE SYSTEMS CORP.,<br><br>    Debtor<br><br>ALLSERVE SYSTEMS PLC and<br>ALLSERVE SYSTEMS, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>AEGIS COMMUNICATIONS GROUP, INC.,<br><br>    Defendant. | Case No. 06-483-GMS |

## MOTION TO ABSTAIN OR REMAND

Defendant Aegis Communications Group, Inc., hereby moves the Court for an Order abstaining from adjudication of this proceeding pursuant to 28 U.S.C. § 1334(c) or, in the alternative, remanding this proceeding to the Delaware Court of Chancery pursuant to 28 U.S.C. § 1452(b). The grounds for this motion are set forth in the Opening Brief filed herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ R. Judson Scaggs

R. Judson Scaggs (#2676)
Kevin M. Coen (#4775)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
Attorneys for Defendant

September 1, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2006, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

    Richard D. Abrams, Esquire      Dennis A. Meloro, Esquire
    HECKLER & FABRIZZIO      GREENBERG TRAURIG LLP

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on September 1, 2006 upon the following individuals in the manner indicated:

### BY HAND DELIVERY

Richard D. Abrams, Esquire
HECKLER & FABRIZZIO
The Corporate Plaza
800 Delaware Avenue, Suite 200
Wilmington, DE  19801

Dennis A. Meloro, Esquire
GREENBERG TRAURIG LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE  19801

/R. Judson Scaggs/
_____
R. Judson Scaggs (# 2676)