## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | C.A. No. 06-483 (GMS) |
| AllServe Systems Corp., | : | |
| Debtor | : | |
| | : | |
| AllServe Systems PLC and AllServe Systems, Inc., | : | |
| Plaintiffs, | : | |
| v. | : | |
| Aegis Communications Group, Inc., | : | |
| Defendant. | : | |

## STIPULATION EXTENDING TIME TO FILE
## ANSWERING BRIEF TO AEGIS COMMUNICATION GROUP, INC.'S
## MOTION TO ABSTAIN OR REMAND

It is hereby stipulated by and between Charles A. Stanziale, Jr., Chapter 7 Trustee for the estate of AllServe Systems, Corp. an affiliate of AllServe Systems, Inc. ("AllServe"), Finbarr O'Connell, Administrator for AllServe Systems PLC ("AllServe PLC'), a United Kingdom Corporation in a UK insolvency proceeding, and defendant Aegis Communications Group, Inc., through their respective counsel, that the time for AllServe and AllServe PLC to file an answering brief to Aegis Communication Group Inc's Motion to Abstain or Remand, dated September 1, 2006 (Docket Report No. 3) in the above captioned matter is hereby extended through and including October 2, 2006.

Pursuant to chambers rules, the Trustee advises, through his counsel, all parties have consented to this Stipulation upon his request for extension.  Defendant's motion was filed on September 1, 2006 at 8:19 p.m.  and first reviewed Tuesday, September 5, 2006 subsequent

847534

to the Labor Day recess. Due to pre-scheduled vacation arrangements and attendant staffing

issues, the Trustee requested of Defendant a two-week extension of time to respond to the

papers to maintain consistent staffing on the matter in the interest of efficient administration

of the bankruptcy estate. Accordingly, the relief set forth herein is respectfully requested.


Dated: Wilmington, Delaware
     September 13, 2006


MORRIS, NICHOLS, ARSHT &
TUNNELL LLP

GREENBERG TRAURIG LLP

_9/14/06_

R. Judson Scaggs (#2676)
Kevin M. Coen (#4775)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
*Attorneys for Defendant*
*Aegis Communications Group, Inc.*

Dennis A. Meloro, Esquire (#4435)
The Nemours Building
1007 North Orange Street
Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Facsimile: (302) 661-7360

and


HECKLER & FABRIZZIO

Diane E. Vuocolo, Esquire
GREENBERG TRAURIG LLP
2700 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 988-7803
Facsimile: (215) 717-5230

Richard D. Abrams, Esquire (#____)
The Corporate Plaza
800 Delaware Avenue, suite 200
Wilmington, De 19801
*Attorneys for AllServe PLC*

*Attorneys for Charles A. Stanziale, Jr.,*
*Chapter 7 Trustee for the estate of AllServe*
*Systems Corp., an affiliate of AllServe*
*Systems, Inc.*

and


2

to the Labor Day recess. Due to pre-scheduled vacation arrangements and attendant staffing issues, the Trustee requested of Defendant a two-week extension of time to respond to the papers to maintain consistent staffing on the matter in the interest of efficient administration of the bankruptcy estate. Accordingly, the relief set forth herein is respectfully requested.

Dated: Wilmington, Delaware
      September 13, 2006

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

GREENBERG TRAURIG LLP

_____
R. Judson Scaggs (#2676)
Kevin M. Coen (#4775)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
*Attorneys for Defendant*
*Aegis Communications Group, Inc.*

_____
Dennis A. Meloro, Esquire (#4435)
The Nemours Building
1007 North Orange Street
Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Facsimile: (302) 661-7360

and

HECKLER & FABRIZIO
_____
Richard D. Abrams, Esquire (#2968)
The Corporate Plaza
800 Delaware Avenue, suite 200
Wilmington, De 19801
*Attorneys for AllServe PLC*
9-14-06

Diane E. Vuocolo, Esquire
GREENBERG TRAURIG LLP
2700 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 988-7803
Facsimile: (215) 717-5230

*Attorneys for Charles A. Stanziale, Jr.,*
*Chapter 7 Trustee for the estate of AllServe*
*Systems Corp., an affiliate of AllServe*
*Systems, Inc.*

and

Wilentz Goldman & Spitzer

*Edward T. Kole*

Edward T. Kole, Esquire
90 Woodbridge Center Drive
Woodbridge, NJ 07095
*Attorneys for AllServe Systems, Inc.*

Of Counsel
Jeffrey Bernstein, Esquire
McElroy, Deutsch, Mulvaney & Carpenter LLP
Three Gateway Center
100 Mulberry Street
Newark, NJ 07102-4079
(973) 622-7711
fax (973) 622-5314
*Attorneys for Charles A. Stanziale, Jr.,*
*Chapter 7 Trustee for the estate of AllServe*
*Systems Corp., an affiliate of AllServe*
*Systems, Inc.*

**SO ORDERED** this _____ day of _____, 2006.

_____
Hon. Judge Gregory M. Sleet, USDJ

3