IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AllServe Systems Corp.,<br><br>    Debtor<br><br>AllServe Systems PLC and AllServe Systems, Inc.,<br>           Plaintiffs,<br>    v.<br>Aegis Communications Group, Inc.,<br>           Defendant. | C.A. No. 06-483 (GMS) |

### STIPULATION EXTENDING TIME TO FILE ANSWERING BRIEF TO AEGIS COMMUNICATION GROUP, INC.'S MOTION TO ABSTAIN OR REMAND

It is hereby stipulated by and between Charles A. Stanziale, Jr., Chapter 7 Trustee for the estate of AllServe Systems, Corp. an affiliate of AllServe Systems, Inc. ("AllServe"), Finbarr O'Connell, Administrator for AllServe Systems PLC ("AllServe PLC'), a United Kingdom Corporation in a UK insolvency proceeding, and defendant Aegis Communications Group, Inc., through their respective counsel, that the time for AllServe and AllServe PLC to file an answering brief to Aegis Communication Group Inc's Motion to Abstain or Remand, dated September 1, 2006 (Docket Report No. 3) in the above captioned matter is hereby extended through and including October 16, 2006.

A prior stipulation (docketed on September 19, 2006) was entered by the Court extending plaintiffs' time to file an answering brief through and including October 2, 2006.

852917

The parties have initiated discussions concerning the possible resolution of this action. In accordance therewith, the parties wish to extend for a short period of time plaintiffs' time to file an answering brief to defendant's motion in order to focus their efforts on the discussions. Accordingly, the relief set forth herein is respectfully requested.

Dated: Wilmington, Delaware
September 28, 2006

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | GREENBERG TRAURIG LLP |
|---|---|
| /s/ Kevin M. Coen | /s/ Dennis A. Meloro |
| R. Judson Scaggs (#2676)<br>Kevin M. Coen (#4775)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>*Attorneys for Defendant*<br>*Aegis Communications Group, Inc.* | Dennis A. Meloro, Esquire (#4435)<br>The Nemours Building<br>1007 North Orange Street<br>Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 661-7000<br>Facsimile: (302) 661-7360 |
| | and |
| HECKLER & FABRIZZIO | Diane E. Vuocolo, Esquire<br>GREENBERG TRAURIG LLP<br>2700 Two Commerce Square<br>2001 Market Street<br>Philadelphia, PA 19103<br>Telephone: (215) 988-7803<br>Facsimile: (215) 717-5230 |
| Richard D. Abrams, Esquire (#2968)<br>The Corporate Plaza<br>800 Delaware Avenue, suite 200<br>Wilmington, De 19801<br>*Attorneys for AllServe PLC* | *Attorneys for Charles A. Stanziale, Jr.,*<br>*Chapter 7 Trustee for the estate of AllServe*<br>*Systems Corp., an affiliate of AllServe*<br>*Systems, Inc.*<br><br>and |

852917-1

The parties have initiated discussions concerning the possible resolution of this action. In accordance therewith, the parties wish to extend for a short period of time plaintiffs' time to file an answering brief to defendant's motion in order to focus their efforts on the discussions. Accordingly, the relief set forth herein is respectfully requested.

Dated: Wilmington, Delaware
September 28, 2006

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | GREENBERG TRAURIG LLP |
|---|---|
| R. Judson Scaggs (#2676)<br>Kevin M. Coen (#4775)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>*Attorneys for Defendant*<br>*Aegis Communications Group, Inc.* | Dennis A. Meloro, Esquire (#4435)<br>The Nemours Building<br>1007 North Orange Street<br>Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 661-7000<br>Facsimile: (302) 661-7360 |

and

HECKLER & FABRIZIO

Richard D. Abrams, Esquire (#2968)
The Corporate Plaza
800 Delaware Avenue, suite 200
Wilmington, De 19801
*Attorneys for AllServe PLC*

Diane E. Vuocolo, Esquire
GREENBERG TRAURIG LLP
2700 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 988-7803
Facsimile: (215) 717-5230

*Attorneys for Charles A. Stanziale, Jr.,
Chapter 7 Trustee for the estate of AllServe
Systems Corp., an affiliate of AllServe
Systems, Inc.*

and

852917-1

| | |
|---|---|
| Wilentz Goldman & Spitzer<br><br>*/s/ Edward T. Kole*<br>Edward T. Kole, Esquire<br>90 Woodbridge Center Drive<br>Woodbridge, NJ 07095<br>*Attorneys for AllServe Systems, Inc.* | Of Counsel<br>Jeffrey Bernstein, Esquire<br>McElroy, Deutsch, Mulvaney & Carpenter LLP<br>Three Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102-4079<br>(973) 622-7711<br>fax (973) 622-5314<br>*Attorneys for Charles A. Stanziale, Jr., Chapter 7 Trustee for the estate of AllServe Systems Corp., an affiliate of AllServe Systems, Inc.* |

    **SO ORDERED** this \_\_\_\_ day of _____, 2006.


               _____
               Hon. Judge Gregory M. Sleet, USDJ

852917-1