IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AllServe Systems Corp.,<br><br>Debtor<br><br>AllServe Systems PLC and AllServe Systems, Inc.,<br>                Plaintiffs,<br>v.<br>Aegis Communications Group, Inc.,<br>                Defendant. | C.A. No. 06-483 (GMS) |

**STIPULATION REMANDING THIS PROCEEDING TO**
**THE DELAWARE COURT OF CHANCERY**

It is stipulated by and between Charles A. Stanziale, Jr., Chapter 7 Trustee for the estate of AllServe Systems, Corp. an affiliate of AllServe Systems, Inc. ("AllServe"), Finbarr O'Connell, Administrator for AllServe Systems PLC ("AllServe PLC'), a United Kingdom Corporation in a UK insolvency proceeding, and defendant Aegis Communications Group, Inc., ("Aegis") through their respective counsel, that this proceeding will be, and hereby is, remanded to the Delaware Court of Chancery. AllServe and AllServe PLC have agreed not to oppose Aegis's Motion to Abstain or Remand.

Dated: Wilmington, Delaware
October 16, 2006

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ R. Judson Scaggs*

R. Judson Scaggs (#2676)
Kevin M. Coen (#4775)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
*Attorneys for Defendant*
*Aegis Communications Group, Inc.*


HECKLER & FABRIZZIO

_____

Richard D. Abrams, Esquire (#2968)
The Corporate Plaza
800 Delaware Avenue, suite 200
Wilmington, De 19801
*Attorneys for AllServe PLC*


GREENBERG TRAURIG LLP

*/s/ Dennis A. Meloro*

Dennis A. Meloro, Esquire (#4435)
The Nemours Building
1007 North Orange Street
Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Facsimile: (302) 661-7360

and

Diane E. Vuocolo, Esquire
GREENBERG TRAURIG LLP
2700 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 988-7803
Facsimile: (215) 717-5230

*Attorneys for Charles A. Stanziale, Jr.,*
*Chapter 7 Trustee for the estate of AllServe*
*Systems Corp., an affiliate of AllServe*
*Systems, Inc.*

and

Dated: Wilmington, Delaware
October 16, 2006

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | GREENBERG TRAURIG LLP |
|---|---|
| R. Judson Scaggs (#2676)<br>Kevin M. Coen (#4775)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>*Attorneys for Defendant*<br>*Aegis Communications Group, Inc.* | Dennis A. Meloro, Esquire (#4435)<br>The Nemours Building<br>1007 North Orange Street<br>Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 661-7000<br>Facsimile: (302) 661-7360 |

HECKLER & FABRIZZIO

Richard D. Abrams, Esquire (#2968)
The Corporate Plaza
800 Delaware Avenue, suite 200
Wilmington, De 19801
*Attorneys for AllServe PLC*

and

Diane E. Vuocolo, Esquire
GREENBERG TRAURIG LLP
2700 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 988-7803
Facsimile: (215) 717-5230

*Attorneys for Charles A. Stanziale, Jr., Chapter 7 Trustee for the estate of AllServe Systems Corp., an affiliate of AllServe Systems, Inc.*

and

Wilentz Goldman & Spitzer, P.C.

_____
Edward T. Kole, Esquire
90 Woodbridge Center Drive
Woodbridge, NJ 07095
*Attorneys for AllServe Systems, Inc.*

Of Counsel
Jeffrey Bernstein, Esquire
McElroy, Deutsch, Mulvaney & Carpenter LLP
Three Gateway Center
100 Mulberry Street
Newark, NJ 07102-4079
(973) 622-7711
fax (973) 622-5314
*Attorneys for Charles A. Stanziale, Jr., Chapter 7 Trustee for the estate of AllServe Systems Corp., an affiliate of AllServe Systems, Inc.*

SO ORDERED this 17th day of Nov, 2006.

_____
Hon. Judge Gregory M. Sleet, USDJ

541492

FILED
NOV 17 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE